In the Matter of the Accounting of L. ROGER WENTWORTH et al., as Executors of CLARA E. SEABURY, Deceased.

NEW BEDFORD HOME FOR AGED, Appellant; ASSOCIATION FOR THE RELIEF OF AGED WOMEN, Respondent.

*Will — determination as to which of two corporations was entitled to legacy bequeathed to " Old Ladies Home."*

*Matter of Wentworth,* 191 App. Div. 889, affirmed.

(Submitted October 6, 1920; decided October 22, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1920, which affirmed a decree of the New York County Surrogate's Court which adjudged that the respondent herein was entitled to receive the entire legacy bequeathed by a provision of the will of Clara E. Seabury, deceased, which read as follows: " I give and bequeath five thousand ($5,000) dollars to the Old Ladies Home in said New Bedford." It appeared that the appellant was a charitable organization lawfully organized, whose object and purpose was to maintain a home for indigent persons, both male and female, and of any race, colored and white; that respondent was likewise a charitable organization, lawfully organized, whose object and purpose were to provide assistance and relief to aged females exclusively. It had no established " home," but dispensed its funds in supporting and maintaining a large number of old women in various places wherever they might be.

*Wilford H. Smith* for appellant.

*Walter K. Earle* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.